**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 14-cr-00226-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JEROMY RAY SUAZO,
      aka Jeremy Ray Suazo, and
2.    GLORIA EVANGELINE SUAZO,

      Defendants.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

      This matter has been scheduled for a three-day jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **August 11, 2014 at 9:00 a.m.**  It is

      ORDERED THAT all pretrial motions shall be filed by **June 23, 2014** and responses to these motions shall be filed by **June 30, 2014**.  It is further

      ORDERED that a Trial Preparation Conference is set for **August 4, 2014 at 4:00 p.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

      The parties shall be prepared to address the following issues at the Trial Preparation Conference:

      1)    jury selection;

      2)    sequestration of witnesses;

3)      timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED this 11th day of June, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge