**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date:   September 5, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.   14-cr-00226-RM**

<u>Parties</u>                                                                      <u>Counsel</u>

UNITED STATES OF AMERICA,                                   Kurt Bohn

      Plaintiff,

v.

1.  JEROMY RAY SUAZO,                                            Nathan Chambers
2.  GLORIA EVANGELINE SUAZO,                            Frank Moya

      Defendants.

**COURTROOM MINUTES**

**MOTIONS HEARING – Continued hearing from 9/4/2014**
**COURT IN SESSION:       9:00 a.m.**
Appearances of counsel.   Defendants are present.   Jeromy Suazo is in custody. Gloria Suazo is on bond.

The Court states that he has reviewed Defendant Jeromy Suazo's Exhibit A through F.

9:01 a.m.     Discussion held at the bench regarding Mr. Chamber's witness, H. Ellis Armistead.

              **ORDERED:**   This portion of the transcript shall be filed under Restriction Level 1.

9:04 a.m.     In open court, Detective Brian Roman, previously sworn, resumes the stand and is cross-examined by Mr. Moya.

Defendant Gloria Suazo's Exhibit A14 is admitted.

9:20 a.m.     Witness is excused.

Government rests.   Defendant Gloria Suazo rests.

9:21 a.m.     Court in recess.
9:35 a.m.     Court in session.

The Court was advised that a resolution has been reached and Notice of Disposition (Doc. 75, filed 9/5/15) has been filed as to Jeromy Suazo.

**ORDERED:**  All motions filed on behalf of Defendant Jeromy Suazo are deemed moot.

Defendant Jeromy Suazo's presence is no longer required at this hearing, and he and Mr. Chambers are excused.

**ORDERED:**  Defendant Jeromy Suazo is remanded.

9:38 a.m.     Discussion held regarding pending motions and which motions are not moot.

**ORDERED:**  The following motions filed on behalf of Defendant Jeromy Suazo will be **held in abeyance, pending the change of plea hearing:**   Motion for Severence (sic) from Co-Defendant (Doc. 27, filed 6/23/14), Motion for Severence (sic) of Counts (Doc. 28, filed 6/23/14), Motion for Bifurcated Proceedings Regarding Count One of the Indictment (Doc. 29, filed 6/23/14), Motion for Production of Bruton and Rule 801(d)(2)(E) Materials and Motion for Pretrial Determination of Admissibility of Alleged Co-Conspirator Statements (Doc. 30, filed 6/23/14), Motion for Disclosure Pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence (Doc. 31, filed 6/23/14), Motion to Suppress Evidence and Statements (Doc. 45, filed 7/16/14), and Motion for Expert Disclosures (Doc. 46, filed 7/16/14).

9:42 a.m.     Argument presented by Mr. Moya as to Motion to Suppress Physical Evidence and Statements (Doc. 65, filed 8/11/14).

9:55 a.m.     Argument presented by Mr. Bohn.

Court's findings.

**ORDERED:**  Defendant Gloria Suazo's Motion to Sever her Trial from that of the Codefendant (Doc. 43, filed 7/15/14) is DENIED as moot without prejudice as stated on the record, in light of the notice of disposition as to Jeromy.

Motion to Suppress Physical Evidence and Statements (Doc. 65, filed 8/11/14) is DENIED as stated on the record.

Discussion held regarding remaining pending motions.

**ORDERED:** Defendant Gloria Suazo's Motion for Disclosure Under Rule 404(b) of the Federal Rules of Evidence (Doc. 42, filed 7/15/14) is GRANTED as stated on the record.   The Government shall provide any Rule 404(b) evidence to defense counsel 21 days prior to the trial date.

The Court **defers ruling** on Defendant Gloria Suazo's Motion for Production of *Bruton* and Rule 801(d)(2)(E) Materials (Adopting Co-Defendant's Motion at Doc. 30) [Doc. 41, filed 7/15/14].   The Government shall provide statements it intends to offer as co-conspirator statements to defense counsel on or before September 22, 2014.   Any response by defense counsel shall be filed on or before September 29, 2014.

Electronic exhibits are provided by Mr. Chambers.

**ORDERED:** Each side shall retain any exhibits used at this hearing through final disposition of this case.

**ORDERED:** Defendant Gloria Suazo is continued on bond.

**COURT IN RECESS:**    **10:24 a.m.**
**Total in court time:**    **1:10**
**Hearing concluded**