**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date:   September 23, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.   14-cr-00226-RM-1**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Kurt Bohn |
| Plaintiff, | |
| v. | |
| 1.  JEROMY RAY SUAZO, | Nathan Chambers |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION:       9:03 a.m.**
Appearances of counsel.   Defendant is present and in custody.

Discussion held regarding the Court's procedures regarding Notice of Disposition and possible armed career criminal issues with the Plea Agreement.

Defendant sworn and answers true name; Defendant is 33 years old.

**EXHIBITS:**   Court Exhibit 1 - Plea Agreement; Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

Defendant waives reading of Indictment.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant pleads GUILTY to Counts 1, 2, and 3 of the Indictment.

Court's Exhibits 1 and 2 are received.

Court's findings and conclusions.

Court accepts plea of guilty.

Court defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED**:   Any pretrial motions still pending in this matter as to Jeromy Ray Suazo only are **DENIED** as moot.

**ORDERED**:   Sentencing is set for **December 16, 2014, at 10:00 a.m.**

**ORDERED**:   Defendant is REMANDED to the custody of the U.S. Marshal.

**COURT IN RECESS:**     **9:36 a.m.**
**Total in court time:**     **00:33**
**Hearing concluded**